# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Mark Surles**                    **Docket No. 5:08-CR-240-1D**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Mark Surles, who, upon an earlier plea of guilty to Possession of Child Pornography, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 14, 2010, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of Life.

Christopher Mark Surles was released from custody on April 5, 2017, at which time the term of supervised release commenced.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A Sex Offender Assessment and Treatment Evaluation from The Counseling and Psychotherapy Center, Inc. recommends a limit of all types of pornography and social media use by this defendant. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall not possess any legal or illegal pornographic material, including any materials depicting and/or describing "child pornography" and/or "simulated" child pornography as defined in 18 U.S.C. § 2256, nor shall the defendant enter any location where such materials can be accessed, obtained, or viewed, including pictures, photographs, books, writings, drawings, videos, or video games.

2. The defendant shall not have any social networking accounts without the approval of the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Michael C. Brittain                   /s/ Timothy L. Gupton
Michael C. Brittain                       Timothy L. Gupton
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8686
                                          Executed On: June 28, 2017

## ORDER OF THE COURT

Considered and ordered this ___*28*___ day of ___*June*___, 2017, and ordered filed and made a part of the records in the above case.

_4. Dever_

James C. Dever III
Chief U.S. District Judge